UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JAMES ROBERT MILLER,<br><br>　　　　Defendant. | Case No. 14-CR-00471-AB<br><br>DEFENSE PROPOSED VERDICT FORM<br><br>**TRIAL DATE:　　　　11-3-15** |

　　The United States of America and the Defendant, through their undersigned counsel, hereby submits their joint proposed verdict form.

**<u>VERDICT</u>**

**COUNT ONE**
**18 U.S.C. § 1343**
**(Wire Fraud)**

　　As to count one, we the jury unanimously find the defendant James Miller: _____ of violating 18 U.S.C. § 1343
　　　　　(Guilty/Not Guilty)
as to: \_\_\_\_\_Beach Business Bank, \_\_\_\_\_U.S. Bank, \_\_\_\_Union Bank, \_\_\_\_\_MWRC.

13185073.1

**COUNT TWO**
**18 U.S.C. § 1343**
**(Wire Fraud)**

As to count one, we the jury unanimously find the defendant James Miller: _____ of violating 18 U.S.C. § 1343
        (Guilty/Not Guilty)
as to: _____Beach Business Bank, \_\_\_\_\_U.S. Bank, \_\_\_\_Union Bank, \_\_\_\_\_MWRC.

**COUNT THREE**
**18 U.S.C. § 1343**
**(Wire Fraud)**

As to count one, we the jury unanimously find the defendant James Miller: _____ of violating 18 U.S.C. § 1343
        (Guilty/Not Guilty)
as to: _____Beach Business Bank, \_\_\_\_\_U.S. Bank, \_\_\_\_Union Bank, \_\_\_\_\_MWRC.

**COUNT FOUR**
**18 U.S.C. § 1343**
**(Wire Fraud)**

As to count one, we the jury unanimously find the defendant James Miller: _____ of violating 18 U.S.C. § 1343
        (Guilty/Not Guilty)
as to: _____Beach Business Bank, \_\_\_\_\_U.S. Bank, \_\_\_\_Union Bank, \_\_\_\_\_MWRC.

**COUNT FIVE**
**18 U.S.C. § 1343**
**(Wire Fraud)**

As to count one, we the jury unanimously find the defendant James Miller: _____ of violating 18 U.S.C. § 1343
       (Guilty/Not Guilty)

as to: _____Beach Business Bank, \_\_\_\_\_U.S. Bank, \_\_\_\_Union Bank, \_\_\_\_\_MWRC.

**COUNT SIX**
**26 U.S.C. § 7206(1)**
**(Filing False Individual Income Tax Return (Form 1040)**
**for tax year 2009)**

As to count six, we the jury unanimously find the defendant James Miller: _____ of violating 26 U.S.C. § 7206(1).
       (Guilty/Not Guilty)

**COUNT SEVEN**
**26 U.S.C. § 7206(1)**
**(Filing False Individual Income Tax Return (Form 1040)**
**for tax year 2010)**

As to count seven, we the jury unanimously find the defendant James Miller: _____ of violating 26 U.S.C. § 7206(1).
       (Guilty/Not Guilty)

**COUNT EIGHT**
**26 U.S.C. § 7206(1)**
**(Filing False Individual Income Tax Return (Form 1040)**
**for tax year 2011)**

As to count eight, we the jury unanimously find the defendant James Miller: _____ of violating 26 U.S.C. § 7206(1).
       (Guilty/Not Guilty)

**COUNT NINE**
**26 U.S.C. § 7206(1)**
**(Filing False Individual Income Tax Return (Form 1040)**
**for tax year 2012)**

As to count nine, we the jury unanimously find the defendant James Miller: _____ of violating 26 U.S.C. § 7206(1).
            (Guilty/Not Guilty)


_____
FOREPERSON

DATED: October 15, 2015        LORETTA LYNCH
                               Attorney General

                               LAURA E. DUFFY
                               United States Attorney

                               *s/Rebecca Kanter*
                               REBECCA S. KANTER
                               Special Attorney

                               *s/Benjamin J. Weir*
                               BENJAMIN J. WEIR
                               Trial Attorney

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

                               *s/ Koren Bell*
                               KOREN BELL
                               Attorney for Defendant JAMES MILLER

                               *s/Sonam Henderson*
                               SONAM HENDERSON
                               Attorney for Defendant JAMES MILLER